IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark Dewayne Mack, :
:
    Plaintiff(s), :
: Case Number: 1:12cv454
  vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 28, 2013 a Report and Recommendation (Doc. 12).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 13) and defendant filed a response to the objections (Doc. 14).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Administrative Law Judge's non-disability finding is **AFFIRMED.**

    IT IS SO ORDERED.

                                                                                      s/Susan J. Dlott
                                                                    Chief Judge Susan J. Dlott
                                                                    United States District Court